# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131886

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEREMY ALAN LIKENS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131886
COA: 270589
Genesee CC: 05-016975-FC

      On order of the Court, the application for leave to appeal the July 10, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

11120